**Hamid A. TABRIZI, Plaintiff–Appellant,**

v.

**MBH SETTLEMENT GROUP, LC; Commonwealth Land Title Insurance Company; Primis, Defendants–Appellees.**

No. 13–1546.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 29, 2013.

Decided: Sept. 3, 2013.

Hamid A. Tabrizi, Appellant Pro Se. Christopher Michele Corchiarino, Goodell Devries Leech & Dann, LLP, Baltimore, Maryland, for Appellees.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hamid A. Tabrizi appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Tabrizi v. MBH Settlement Group, LC,* No. 1:13–cv–00119–LMB–TRJ (E.D.Va. Mar. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*